MONAHAN EXPRESS Co. REALTY DEPT., Landlord, Respondent, *v.* SCHNEIDER .PRESS, INC., Tenant, Appellant.

Supreme Court, Appellate Term, First Department, June 30, 1948.

*Milton W. Levy* and *Joseph S. Gershman* for appellant.

*Peter W. Quinn* and *Eugene C. Wohlhorn* for respondent.

*Per Curiam.*   The agreement of the tenant contained in the written leases to surrender the premises at the expiration of the term did not deprive the tenant of the benefit of the emergency statute.

The final order should be reversed, with $30 costs, and final order directed for the tenant, with costs.

HAMMER, HOFSTADTER and EDER, JJ., concur.

Final order reversed, etc.